PAYSON PAINT & VARNISH CORPORA-TION, a body corporate, Appellant, v. Philip E. ACKERHALT, Appellee.

No. 9934.

United States Court of Appeals District of Columbia Circuit.

Argued May 16, 1949.

Decided May 31, 1949.

Mr. Robert I. Rudolph, Washington, D. C., for appellant.

Mr. Albert Brick, Washington, D. C., with whom Mr. Everett M. Raffel, Washington, D. C., was on the brief, for appellee.

Before EDGERTON and PROCTOR, Circuit Judges, and H. CHURCH FORD, District Judge sitting by designation.

PER CURIAM.

We find no substantial error in the record. The judgment of the District Court is therefore affirmed.

Mary M. WHITLOCK, Appellant, v. Ernest C. DICKSON, Mary L. Jordan and Ruby M. Dickson, Appellees.

No. 9765.

United States Court of Appeals District of Columbia Circuit.

Argued May 9, 1949.

Decided May 31, 1949.

Mr. Thurman L. Dodson, Washington, D. C., with whom Mr. E. Lewis Ferrell, Washington, D. C., was on the brief, for appellant.

Mr. Maurice R. Weeks, Washington, D. C., with whom Mr. Ernest C. Dickson, Washington, D. C., was on the brief, for appellees.

Before CLARK, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

We find no prejudicial error in the record. The judgment of the District Court is therefore affirmed.

Julia B. MINTON, Appellant, v. Theodore BRITTON, Deputy Commissioner, District of Columbia Workmen's Compensation District, and Liberty Mutual Insurance Company, Appellees.

No. 10182.

United States Court of Appeals District of Columbia Circuit.

Argued June 8, 1949.

Decided June 17, 1949.

Writ of Certiorari Denied Nov. 14, 1949.

See 70 S.Ct. 151.

Messrs. Robert H. McNeill and Harold L. Schilz, Washington, D. C., with whom Mr. T. Bruce Fuller, Washington, D. C., was on the brief, for appellant.

Mr. Ward E. Boote, Chief Counsel, Bureau of Employees' Compensation, Federal Security Agency, Washington, D. C., with whom Messrs. George Morris Fay, United States Attorney, and Joseph M. Howard, Assistant United States Attorney, Washington, D. C., were on the brief, for appellee Britton.

Messrs. Arthur J. Phelan and Frank Roberson, Washington, D. C., entered appearances for appellee Liberty Mutual Insurance Company.

Before EDGERTON, CLARK, and PROCTOR, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.